UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | 3:09-cr-00046-LRH-RAM |
| Plaintiff,       ) | |
| ) | MINUTE ORDER |
| vs.                                                                ) | |
| ) | July 12, 2011 |
| GILBERTO LOPEZ-MONJARAZ,           ) | |
| ) | |
| Defendant.     ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):           NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the Court is the Government's Application for Order Deeming Attorney Client Privilege Waived (#25)[1].  No opposition has been filed. Good grounds appearing,

     IT IS THEREFORE ORDERED that the Government's Application for Order Deeming Attorney Client Privilege Waived (#25) is GRANTED. The attorney-client privilege in this matter is waived as to all matters relating to what, if any, discussions Defendant had with Peter Nuttal, Esq., and Mitchel Posin, Esq., with respect to appealing his conviction or sentence; and Mr. Nuttal and Mr. Posin shall provide the Government with affidavits, as well as all materials and information, addressing Defendant's allegation that he "requested that his attorney filed a notice of appeal and defense counsel failed to do so."

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk

---

[1] Refers to court's docket number.