UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>GILBERTO LOPEZ-MONJARAZ,<br><br>           Defendant. | 3:09-CR-00046-LRH-RAM<br>3:11-CV-00409-LRH-WGC<br>CA No. 11-17805<br><br>ORDER |

Before the court is Defendant Gilberto Lopez-Monjaraz's notice of appeal, which the court construes as a request for certificate of appealability. (Doc. #30; *see also* Doc. #33.)

On October 18, 2011, this court entered an Order (Doc. #28) granting in part and denying in part Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. #22). The court granted the motion as to his attorney's failure to file a notice of appeal and accordingly vacated and re-entered the Judgment (Doc. #29) to allow Defendant an opportunity to file an appeal. The court denied Defendant's motion as to the sole remaining issue of ineffective assistance of counsel for failure to raise an *Apprendi* challenge concerning the amount of methamphetamine used in his sentencing calculations. Defendant now appeals the court's denial of relief. (Doc. #30.)

To appeal a final order in a proceeding under § 2255, a petitioner must obtain a certificate of appealability. 28 U.S.C. § 2253(c)(1). To obtain such a certificate, the petitioner must make "a substantial showing of the denial of a constitutional right" with respect to each issue sought to be raised on appeal. *Id. § 2253*(c)(2), (3); *Lambright v. Stewart*, 220 F.3d 1022, 1024-25 (9th

Cir. 2000). To satisfy this standard, the petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983) (brackets, internal quotation marks and citation omitted). Any doubts as to whether this standard is satisfied are resolved in the petitioner's favor. *Lambright*, 220 F.3d at 1025.

In denying relief, the court not only determined that Defendant is not entitled to relief, but also that Defendant had "failed to establish that his claims are anything but frivolous." (Doc. #28, p. 3.) Accordingly, the court concludes that Defendant has failed to make a substantial showing of the denial of a constitutional right.

IT IS THEREFORE ORDERED that the request for certificate of appealability is DENIED.

IT IS SO ORDERED.

DATED this 29th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2