1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                      * * *

9   UNITED STATES OF AMERICA,           )
                                        )
10                Plaintiff,            )        3:09-CR-00046-LRH-RAM
                                        )
11  v.                                  )
                                        )        ORDER
12  GILBERTO LOPEZ-MONJARAZ,            )
                                        )
13                Defendant.            )
                                        )

14

15          Before the Court is Defendant's Motion Pursuant to 28 U.S.C. § 2255(f)(3) to Vacate, Set

16  Aside or Correct Sentence by a Person in Federal Custody.  Doc. #64.[1]  The United States filed a

17  Response (Doc. #66), to which Defendant did not reply.

18          This is Defendant's second § 2255 motion asserting ineffective assistance of counsel for

19  failure to challenge his sentence under *Apprendi v. New Jersey*, 530 U.S. 466 (2000).  Because

20  Defendant did not obtain authorization from the United States Court of Appeals for the Ninth

21  Circuit to consider a successive § 2255 motion, the Court is without jurisdiction to consider it.  *See*

22  *United States v. Allen*, 157 F.3d 661, 664 (9th Cir. 1998) (failure to request the requisite

23  authorization to file a second or successive § 2255 motion deprives the district court of

24  jurisdiction); *see also* 28 U.S.C. § 2255(h).  Accordingly, Defendant's Motion is denied.

25  ///

26
    _____
        [1] Refers to the Court's docket number.

1     IT IS THEREFORE ORDERED that Defendant's Motion Pursuant to 28 U.S.C. §

2    2255(f)(3) to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #64) is

3    DENIED.

4     IT IS SO ORDERED.

5     DATED this 15th day of September, 2014.

6                              LARRY R. HICKS
                                  UNITED STATES DISTRICT JUDGE