UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>GILBERTO LOPEZ-MONJARAZ,<br><br>            Defendant. | Case no.  3:09-CR-00046-LRH-RAM<br><br>ORDER |

Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#82) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by Probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014, as he was sentenced based upon being held accountable for more than 5 kilograms of Actual Methamphetamine. Due to the amount of Actual Methamphetamine, the Base Offense Level remains unchanged.

The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon Probation's report, counsel does not intend to file a motion for a reduction. The court will therefore grant the motion to withdraw.

Before being granted counsel, defendant filed a motion (#76) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2). The court does not find a response from the United States Attorney's office is necessary for a ruling on defendant's motion. The defendant was

sentenced based upon being held accountable for more than 5 kilograms of Actual Methamphetamine and, given the amount of Actual Methamphetamine, the Base Offense Level remains unchanged. Therefore defendant is not entitled to a reduction.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to withdraw (#82) is **GRANTED**.

IT IS FURTHER ORDERED that defendant's motion seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2) (#76) is **DENIED**.

IT IS SO ORDERED.

DATED this 24th day of April, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE