UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GILBERTO LOPEZ-MONJARAZ,

    Defendant.

3:09-CR-00046-LRH-RAM

ORDER

    This Court received defendant Gilberto Lopez-Monjaraz's ("Monjaraz") Reply on April 4, 2016. ECF No. 96. Having reviewed it, the Court finds Monjaraz's arguments unpersuasive, and the Court's Order stands for the reasons described therein. ECF No. 97.

    IT IS SO ORDERED.

    DATED this 5th day of April, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1