**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GILBERTO LOPEZ-MONJARAZ,<br><br>    Defendant. | Case No. 3:09-cr-00046-LRH-RAM<br><br>**STIPULATION TO CONTINUE COMPASSIONATE RELEASE MOTION SUPPLEMENT DUE DATE**<br>(First Request)<br><br>**AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth Olson White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Gilberto Lopez-Monjaraz, that the Compassionate Release Motion Supplement due date currently scheduled on May 18, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than 14 days.

This Stipulation is entered into for the following reasons:

1.  Defense counsel needs additional time to discuss the matter with the client and collect necessary information to supplement client's pro se Motion.

2.  The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the first request for a continuance of the Compassionate Release Motion Supplement due date.

DATED this 18th day of May, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Elizabeth Olson White*<br>ELIZABETH OLSON WHITE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GILBERTO LOPEZ-MONJARAZ,<br><br>    Defendant. | Case No. 3:09-cr-00046-LRH-RAM<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Compassionate Release Motion Supplement due date currently scheduled for Monday, May 18, 2020, be vacated and continued to Friday, June 5, 2020.

DATED this 19th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE